# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIRK ORMAND DAVIS, ) <br> ) <br> Defendant. ) | 2:12-CR-373-LDG-(VCF) |

## ORDER OF FORFEITURE

On February 5, 2013, defendant KIRK ORMAND DAVIS pled guilty to Counts One and Two of a Two-Count Superseding Criminal Indictment charging him in Counts One and Two with Bank Robbery, in violation of Title 18, United States Code, Section 2113(a), and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $5,994.00 in United States Currency set forth in the Forfeiture Allegation in the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 14; Plea Agreement, ECF No. 31; Change of Plea Minutes, ECF No. 32.

This Court finds that KIRK ORMAND DAVIS shall pay a criminal forfeiture money judgment of $5,994.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), and (b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from KIRK ORMAND DAVIS a criminal forfeiture money judgment in the amount of
3  $5,994.00 in United States Currency.
4  DATED this /3 day of  May, 2013.

*[Signature]*

2