Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Kirk Davis,<br><br>    Defendant. | Case No. 2:12-cr-00373-GMN-VCF<br><br>**First Stipulation to Continue Revocation Hearing** |

  The hearing on the petition to revoke Kirk Davis's supervised release is set for May 5, 2021, at 9:00 a.m. Because Davis was returned to the VA hospital following his release on April 23, 2021, and USPO Goldner will be out of the district during the currently scheduled hearing, the parties request that the revocation hearing be continued to, and consolidated with, the May 19, 2021, status conference.

  DATED: May 3, 2021.

Federal Public Defender

 */s/ Erin Gettel*
By_____
Erin Gettel
Assistant Federal Public Defender

United States Attorney

 */s/ Nicholas Dickinson*
By_____
Nicholas Dickinson
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Kirk Davis,

    Defendant.

Case No. 2:12-cr-00373-GMN-VCF

**Order Granting First Stipulation to Continue Revocation Hearing**

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing as requested.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 5, 2021, at 9:00 a.m. is vacated and continued to May 19, 2021, at 12:00 p.m.

DATED: May 3, 2021.

_____
Gloria M. Navarro
United States District Judge