RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Kirk Ormand Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIRK ORMAND DAVIS,<br><br>Defendant. | Case Nos. 2:13-cr-00055-GMN-VCF<br>2:12-cr-00373-GMN-VCF<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Joint Status Report currently due on September 15, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has been unable to reach the defendant to obtain a waiver of his in-person appearance

2. Parties agreed that their preference is to proceed by video conference if the defendant is agreeable to doing so.

This is the first request for continuance filed herein.

DATED this 15th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRK ORMAND DAVIS,<br><br>    Defendant. | Case Nos. 2:13-cr-00055-GMN-VCF<br>         2:12-cr-00373-GMN-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Joint Status Report currently due on September 15, 2021 be vacated and continued to September 17, 2021.

DATED this  15  day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT