RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANNIE J. YOUCHAH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Annie_Youchah@fd.org

Attorney for Kirk Ormand Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KIRK ORMAND DAVIS,<br><br>  Defendant. | Case Nos. 2:12-cr-00373-GMN-VCF<br>2:13-cr-00055-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie J. Youchah, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Revocation Hearing currently scheduled on September 22, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has had difficulty contacting the defendant.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 15th day of September, 2021.

3

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Annie J. Youchah*<br>By_____<br>ANNIE J. YOUCHAH<br>Assistant Federal Public Defender | */s/ Supriya Prasad*<br>By_____<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　Defendant. | Case Nos. 2:12-cr-00373-GMN-VCF<br>　　　　　　2:13-cr-00055-GMN-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 22, 2021 at 9:00 a.m., be vacated and continued to Wednesday, September 29, 2021, at the hour of 12:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　DATED this  16  day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE