AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-cr-373 |
| KIRK DAVIS | ) | 13-cr-55 |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., South, Las Vegas, NV 89101, before: Magistrate Judge Nancy J. Koppe. |
|---|---|
| Courtroom No.: | 3A |
| Date and Time: | 11/1/2022 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/28/2022

_Judge's signature_

DANIEL J. ALBREGTS, U.S. Magistrate Judge
_Printed name and title_



___ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 28 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY