RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Kirk Ormand Davis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KIRK ORMAND DAVIS,<br><br>        Defendant. | Case No. 2:12-cr-00373-GMN-VCF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Revocation Hearing currently scheduled on November 29, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.    Mr. Davis was ordered to undergo a psychiatric or psychological evaluation. A status hearing is currently set on competency for March 6, 2023.

2.    The defendant is in custody and agrees with the need for the continuance.

3. Parties agree to continuance. The government will not oppose a request by Mr. Davis to advance the hearing should the competency proceedings be completed sooner.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>KIRK ORMAND DAVIS,<br><br>           Defendant. | Case No. 2:12-cr-00373-GMN-VCF-1<br><br>**ORDER** |

Based on the filing of the parties and the record of this case, and good cause appearing, THEREFORE IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, November 29, 2022 at 3:00 p.m., be vacated and continued to March 14, 2023 at the hour of 10:00 a.m.

DATED this 29 day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE