RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Kirk Ormand Davis

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00373-GMN-VCF |
| Plaintiff, | 2:13-cr-00055-GMN-VCF |
| v. | |
| KIRK ORMAND DAVIS, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| Defendant. | (Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Status Hearing currently scheduled on March 24, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Davis is in state custody in Nye County, Nevada, in a criminal matter.

2.      On October 28, 2022, Mr. Davis appeared in custody before Magistrate Judge Daniel J. Albregts on revocation petitions in the above captioned matters. The court continued the initial appearance to November 1, 2022. *Id*. On November 1, 2022, the court ordered an

examination under 18 U.S.C. §§ 4241 and 4247 to determine Mr. Davis' competency to undergo post-release proceedings. On March 6, 2023, after completion of the court-ordered evaluation, Mr. Davis appeared again before Judge Albregts for the continued initial appearance. Based largely upon the evaluation, which noted that Mr. Davis had been medicated to competency during the intervening period, the court ordered Mr. Davis released on conditions.

3.       Unknown to the parties or the U.S. Probation Office, Nye County had initiated a criminal action under seal. Released in the above captioned matters, Mr. Davis was transferred to state custody and made his initial appearance in the state matters on March 7, 2023. State authorities erroneously reported to the USPO that Mr. Davis had been released at the initial appearance.

4.       On March 14, 2023, counsel for Mr. Davis, the USAO and the probation officer appeared before this Court. Because a hearing was scheduled in the Nye County matters on March 21, 2023, the parties requested that the Court set a status hearing on March 24, 2023.

5.       March 21, 2023, Mr. Davis was bound over to state district court on a conditional waiver to allow counsel in that matter to request a competency examination.

6.       The defendant remains in state custody and agrees with the need for the continuance.

7.       The second request for a continuance of the revocation hearing.

DATED this 22nd day of March, 2023.

RENE L. VALLADARES                           JASON M. FRIERSON
Federal Public Defender                        United States Attorney


By /s/ Navid Afshar                              By /s/ Daniel J. Cowhig
NAVID AFSHAR                                  DANIEL J. COWHIG
Assistant Federal Public Defender           Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRK ORMAND DAVIS,<br><br>    Defendant. | Case No. 2:12-cr-00373-GMN-VCF<br>        2:13-cr-00055-GMN-VCF<br><br>**ORDER** |

Based upon the record in this case and the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED that the revocation hearing currently scheduled for March 24, 2023 at 9:00 a.m., be vacated and continued to  May 30, 2023     at the hour of 9:00 a.m.; or to a time and date convenient to the court.

IT IS SO ORDERED this  22  day of March, 2023.

_____

UNITED STATES DISTRICT JUDGE

3