RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Kirk Ormand Davis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　　　Defendant. | Case No. 2:12-cr-00373-GMN-VCF<br>　　　　　  2:13-cr-00055-GMN-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Revocation Hearing currently scheduled on August 9, 2023, be vacated and continued to September 5, 2023, or in the alternative, to a date and time convenient to the Court, but no sooner than 30 (thirty) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for defendant needs additional time to investigate the violations and determine whether the parties are able to reach a global resolution, which would obviate the need for a revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. The fourth request for a continuance of the revocation hearing.

DATED this 8th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　　　Defendant. | Case No. 2:12-cr-00373-GMN-VCF<br>　　　　　 2:13-cr-00055-GMN-VCF<br><br>**ORDER** |

　　　Based upon the record in this case and the stipulation of the parties and good cause appearing therefore,

　　　IT IS ORDERED that the revocation hearing currently scheduled for August 8, 2023 at 9:00 a.m., be vacated and continued to September 5, 2023 at 10:00 a.m.

　　　IT IS SO ORDERED this  8  day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE