1
2
3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

4

UNITED STATES OF AMERICA,          Case Nos. 2:12-cr-373-GMN-VCF
5                                                      2:13-cr-055-GMN-VCF

                    Plaintiff,
6

7        vs.                                         **ORDER**

8   KIRK ORMAND DAVIS,

9                    Defendant.

10

11      These matters came before the Court for a status conference scheduled for January

12   30, 2024. ECF Nos. 128, 142.  The United States Marshal Service ("USMS") has

13   informed the Court that Defendant Kirk Ormand Davis has been unwilling to leave his

14   cell.  The Court finds it necessary and appropriate to order the USMS to use reasonable

15   force as it deems necessary to compel Defendant to be transported and to appear before

16   this Court for his status hearing, scheduled for January 30, 2023, at 10:00 a.m. in

17   Courtroom 7D of the Lloyd D. George Federal Courthouse at 333 South Las Vegas

     Boulevard in Las Vegas, Nevada. ECF Nos. 128, 142.

18      **IT IS THEREFORE ORDERED** that the USMS is authorized to use reasonable

19   force as it deems necessary to compel Defendant to be transported for and appear at the

20   revocation hearing before this court scheduled for January 30, 2023, at 10:00 a.m. in

     Courtroom 7D.

21      DATED this __29__ day of January, 2024.

22

23   _____

24            Gloria M. Navarro, District Judge

1

UNITED STATES DISTRICT COURT