JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK ORMAND DAVIS,<br><br>Defendant. | Case Nos. 2:12-cr-373-GMN<br>2:13-cr-55-GMN<br><br>FINDING OF INCOMPETENCY<br><br>AND<br><br>ORDER PURSUANT TO<br>18 U.S.C § 4241(d). |

## FINDING OF INCOMPETENCY

Based on Doctors Gonzalez and Shelton's evaluation, the representations of Defendant's counsel, and the Court's own observation of Defendant at various hearings, the Court finds by a preponderance of evidence that Defendant is incompetent to proceed with his revocation hearings.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Kirk Ormand Davis is declared to be mentally incompetent to proceed with the supervised release revocation proceedings in this case and is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 4241.

2. The Attorney General shall, pursuant to 18 U.S.C. § 4241(d), hospitalize Defendant for treatment in an appropriate facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

3. Every forty-five days, beginning on March 15, 2024, the Attorney General or his designee shall file a status report indicating whether Defendant's mental condition has improved.

4. If necessary, the Court will entertain a request for an additional period of commitment as authorized under 18 U.S.C. § 4241(d)(2) until the defendant's mental condition has improved or the pending charges are "disposed of according to law."

5. To the extent this request can be accommodated, the court requests that Defendant be remanded to Metropolitan Correctional Center San Diego or a suitable facility based upon his particular rehabilitative needs. Irrespective of what facility Defendant is assigned, the Government shall promptly file a notice advising the Court of the facility Defendant has been designated for treatment.

IT IS SO ORDERED this January 30, 2024.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE