RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Kirk Ormand Davis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00373-GMN-VCF |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE** |
| v. | (First Request) |
| KIRK ORMAND DAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Kirk Ormand Davis, that the Status Conference currently scheduled on March 27, 2024, be vacated.

This Stipulation is entered into for the following reasons:

1. On January 30, 2024, this Court entered a finding of incompetency as to the defendant, and ordered that he be committed to the custody of the Attorney General for treatment and return to competency. ECF No. 147. The Court set a first status conference for February 27, 2024, which was later continued to March 27, 2024, to track the progress of the defendant. ECF Nos. 147, 151.

2.      Undersigned counsel have been informed by the Bureau of Prisons (BOP) that Mr. Davis has been designated to a medical facility to begin the restoration process. However, given the current backlog in the availability of mental health competency restoration beds, Mr. Davis is not set to arrive to the medical facility until May 20, 2024. He remains housed at the Nevada Southern Detention Center (NSDC). The Bureau of Prisons does not have a report as to Mr. Davis' mental health status at this time.

3.      Given the BOP's update on Mr. Davis' status, as set forth above, the parties respectfully request that the first status conference scheduled for March 27, 2024 be vacated at this time.

This is the first request to vacate the status conference.

DATED this 26th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00373-GMN-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the status conference currently scheduled for Wednesday, March 27, 2024 at 10:00 a.m., be vacated.

　　　DATED this  27  day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE