```
 1  JASON M. FRIERSON
    United States Attorney
 2  District of Nevada
    Nevada Bar Number 7709
 3  DANIEL J. COWHIG
    MELINDA BREWER
 4  Assistant United States Attorneys
    501 Las Vegas Blvd. South, Suite 1100
 5  Las Vegas, Nevada 89101
    (702) 388-6336
 6  daniel.cowhig@usdoj.gov
    melinda.brewer@usdoj.gov
 7  Attorneys for the United States of America
```

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KIRK ORMAND DAVIS,<br><br>    Defendant. | Case Nos. 2:12-cr-373-GMN<br>             2:13-cr-55-GMN<br><br>Fifth Stipulation to Continue Status Conference<br>[ECF 157 in 2:12-cr-373]<br>[ECF 143 in 2:13-cr-55] |

STIPULATION

The United States of America, through Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, and defendant Kirk Ormand Davis, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, stipulate and agree and jointly move this Honorable Court to continue the status conference in the captioned matters, set in the Court's ORDER at ECF No. 157 in Case No. 2:12-cr-373-GMN and at ECF No. 143 in

1  Case No. 2:13-cr-55-GMN for Wednesday, August 14, 2024, at 9:00 a.m. to Tuesday,
2  August 20, 2024 at 10:00 a.m. in Courtroom 7D.
3       Defendant Davis is hospitalized in the United States Medical Center for Federal
4  Prisoners in Springfield, Missouri (MCFP Springfield). Counsel for defendant Davis filed a
5  motion to dismiss on August 5, 2024. The United States has filed a response to that motion
6  this day. The parties believe it is in the interest of justice to continue the status check until
7  Tuesday, August 20, 2024, to leave time for defendant to file a reply, and the Court to
8  consider the filings so the Court may take them up at the hearing. This is the fifth
9  stipulation to continue the status conference.
10      A proposed order to accomplish the requested change is attached.
11 Respectfully Submitted this August 13, 2023.
12 JASON M. FRIERSON
United States Attorney
13
14 //s// Daniel J Cowhig            //s// Joy Chen
DANIEL J. COWHIG            JOY CHEN
15 MELINDA BREWER            Assistant Federal Public Defender
Assistant United States Attorneys       Counsel for Kirk Ormand Davis
16
17
18
19
20
21
22
23
24      2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK ORMAND DAVIS,<br><br>Defendant. | Case Nos. 2:12-cr-173-GMN<br>             2:13-cr-55-GMN<br><br>ORDER Continuing Status Conference |

ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties, and good cause appearing therefore, that the 9:00 a.m. Wednesday, August 14, 2024, status conference set by this Court's ORDER at ECF No. 157 in Case No. 2:12-cr-373-GMN, and at ECF No. 143 in Case No. 2:13-cr-55-GMN is continued to Tuesday, August 20, 2024 at 10:00 a.m. in Courtroom 7D.

IT IS SO ORDERED.

Dated this August 14, 2024.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE