# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KIRK ORMAND DAVIS,<br><br>　　　　Defendant. | Case Nos. 2:12-cr-373-GMN<br>　　　　　　2:13-cr-55-GMN<br><br>ORDER Finding a Substantial Probability that Defendant Davis Will Attain Capacity to Permit Proceedings to Go Forward, Ordering Continued Treatment Until Davis' Mental Condition is So Improved and Directing the Bureau of Prisons Provide Interim Status Reports Every 60 Days |

　　　Based upon the reports of treating and evaluating mental health providers and the record in this case, the Court finds as follows:

　　　(1)　There is a substantial probability that in the foreseeable future defendant Davis will attain the capacity to permit the proceedings to go forward.

　　　(2)　There is a substantial probability that within a reasonable period of time, not to exceed six months from the date of this order, that is, July 23, 2025, defendant Davis will attain the capacity to permit the proceedings to go forward.

IT IS HEREBY ORDERED that defendant Davis is committed to the continued custody of the Attorney General under 18 U.S.C. § 4241(d)(2), who shall continue to hospitalize defendant Davis for treatment in a suitable facility until such time as he attains the capacity to permit the proceedings to go forward, or until July 23, 2025, whichever is earlier.

1  IT IS FURTHER ORDERED that the facility designated by the Attorney General shall

2  make interim status reports to this Court every 60 days from the date of this order.

3  IT IS SO ORDERED.

4  Dated this January  23 , 2025.

```
                                    _____
                                    HONORABLE GLORIA M. NAVARRO
                                    UNITED STATES DISTRICT JUDGE
```